UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIRO CERVANTES RAMIREZ, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SAN DIEGO POLICE CHIEF SHELLY ZIMMERMAN, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 3:17-cv-1230-BAS-NLS<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO EXTEND EXPERT DISCOVERY**<br><br>**[ECF No. 58]** |

Before the Court is the Plaintiffs' motion to extend expert discovery by 30 days. ECF No. 63. Plaintiffs' request the extension based on the recent conclusion of depositions and upcoming holidays. *Id.* The Plaintiffs' request was filed on December 6, 2018. The deadline for the initial exchange of experts is December 7, 2018.[1]

Generally, a request to modify the scheduling order is governed by Federal Rules of Civil Procedure 16(b)(4) and "may be modified only for good cause and with the

---

[1] Filing requests for extension the day before or the day of the deadline is not a practice the Court appreciates. Requests for continuances are governed by the Chambers' Rules and may be denied for failure to timely submit the request. Hon. Nita L. Stormes Civil Case Procedures, § III ("any request to continue … [a] scheduling order deadline … must be made in writing no less than seven (7) calendar days before the affected date.").

1

judge's consent." In seeking approval, the parties must meet the good cause standard articulated in Rule 16, which focus on the diligence of the party seeking to amend the scheduling order, and the reasons for seeking modification. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Plaintiffs' statement of good cause does little more than recite the current deadlines, which were previously extended. Instead Plaintiffs seems to point to lack of prejudice as a basis to extend time. This is not the applicable standard. However, in light of recently concluded depositions, the pending determination on consolidation, and the fast-approaching holidays, the Court will in its discretion to **GRANT** the request.

The deadline for initial exchange of expert disclosures is January 11, 2019;

The deadline for rebuttal exchange is February 1, 2019; and

The expert discovery cut off is February 22, 2019.

Any other dates of the scheduling order that may need to be modified will be addressed following a decision on the consolidation.

**IT IS SO ORDERED**.

Dated: December 7, 2018

Hon. Nita L. Stormes
United States Magistrate Judge